FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 10 2010
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS**

MEGYN ELIZABETH BELL )
Plaintiff, )
v. ) Civil No. 4-10-CV-1641BSM
UNITED STATES OF AMERICA, and WILLIS D. CRONKHITE, III, as TRUSTEE of the MEGYN ELIZABETH BELL TRUST )
Defendants. )

This case assigned to District Judge Miller
and to Magistrate Judge Deere

**NOTICE OF REMOVAL**

The United States of America removes the above-captioned action to this Court under 28 U.S.C. §§ 1442(a) and 1444, and gives notice that it is removing this action to this Court as required by 28 U.S.C. §1446(a).

On September 28, 2010, Willis D. "Tripper" Cronkhite ("Trustee"), as trustee of the Megyn Elizabeth Bell Trust, filed a petition in interpleader in the Circuit Court of Pulaski County, Arkansas. The United States was named as a defendant in *Megyn Elizabeth Bell v. Willis D. "Tripper" Cronkhite, III, as Trustee of the Megyn Elizabeth Bell Trust*, Case No. 09-5995-III. A defendant must file a notice of removal of a civil action within thirty days after service. 28 U.S.C. § 1446(b). Trustee's petition was served upon the United States Attorney for the Eastern District of Arkansas on October 12, 2010. Removal of this matter is therefore timely.

Section 1442(a) of Title 28 of the United States Code provides for the removal of any action in which the United States or an agency of the United States is named as a defendant. Further, the Trustee's petition in interpleader falls under 28 U.S.C. § 2410(a)(5) because it

regards real or personal property on which the United States claims a lien or levy. Section 1444 of Title 28 of the United States Code provides for the removal of any action brought under 28 U.S.C. § 2410.

As required by 28 U.S.C. § 1446(a), the United States has attached copies of all documents delivered to the United States with this pleading. The United States has given written notice of this notice of removal to all parties named in this action, by serving them or their counsel by mail with a copy of this notice, and will file a copy of this notice with the Circuit Court of Pulaski County, Arkansas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the United States requests that this action be entered upon the docket of this Court in accordance with Rule 81(c) of the Federal Rules of Civil Procedure.

Dated this November 9, 2010.

JANE DUKE
United States Attorney

SEAN P. BEATY
Virginia Bar #67941
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044
Telephone: (202) 616-2717
Facsimile: (202) 514-6770
Attorney for the Plaintiff,
United States of America

LAW OFFICES
THOMAS, HICKEY & SHEPHERD, L.L.P.
423 NORTH WASHINGTON
EL DORADO, ARKANSAS 71730-5615
PHONE: 870-862-3478
FAX: 870-862-7228

WRITER'S DIRECT E-MAIL: FLOYD@ELDOLAW.COM

FLOYD M. THOMAS, JR., P.A.
JOSEPH HICKEY, P.A.
MATTHEW J. SHEPHERD, P.A.*
VICKY BUSSEY COOPER

ROBERT C. COMPTON (1929-2005)
WM. I. PREWETT (1927-2007)

*ALSO LICENSED IN LOUISIANA

October 5, 2010

**Via Certified Mail – Restricted Delivery**
**Return Receipt Requested**

Jane W. Duke, U. S. Attorney
Eastern District of Arkansas
P. O. Box 1229
Metropolitan Natl. Bank Bldg., Suite 500
425 W. Capitol Ave.
Little Rock, AR 72203-1229

2010 OCT 12 A 9:04

Re: Megyn Elizabeth Bell, Beneficiary of the Megyn Elizabeth Bell Trust, an Arkansas Irrevocable Trust vs. Willis D "Tripper" Cronkhite, III, Trustee of the Megyn Elizabeth Bell Trust, an Arkansas Irrevocable Trust
Pulaski County Circuit Court; Third Division; No. CV-09-5995-III

Dear Ms. Duke:

You are hereby notified that an Interpleader has been filed in the above-captioned matter. Service of the enclosed Summons and Interpleader is hereby made upon the United States of America through you as the U. S. Attorney for the Eastern District of Arkansas. This service is made pursuant to 28 USC 2410 and Rule 4(d)6) of the Arkansas Rules of Civil Procedure. Attached to the Summons are the following:

1. Motion for Order Authorizing Payment of Tuition and Expenses;
2. Response to Motion for Order Authorizing Payment of Tuition and Expenses; and
3. Interpleader.

A response or other appropriate pleading must be filed in this cause of action within sixty (60) days of service of this Summons upon you.

Very truly yours,

Floyd M. Thomas, Jr.

FMTjr:pp

Enclosures

pc: James E. Smith, Jr.
Tripper Cronkhite


IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL – THIRD DIVISION

RECEIVED

## SUMMONS

2010 OCT 12 A 9:04

MEGYN ELIZABETH BELL,
Beneficiary of the Megyn Elizabeth Bell Trust,
An Arkansas Irrevocable Trust — PLAINTIFF

VS. NO. CV-09-5995 - III

WILLIS D. 'TRIPPER' CRONKHITE, III,
Trustee of the Megyn Elizabeth Bell Trust,
An Arkansas Irrevocable Trust — DEFENDANT

Defendant's Attorney: Floyd M. Thomas, Jr.
Thomas, Hickey & Shepherd, L. L.P.
423 North Washington
El Dorado, AR 71730-5615

THE STATE OF ARKANSAS TO: **United States of America
c/o Jane W. Duke, U. S. Attorney
Eastern District of Arkansas
P. O. Box 1229
Metropolitan Natl. Bank Bldg., Suite 500
425 W. Capitol Ave.
Little Rock, AR 72203-1229**

## NOTICE

You are hereby notified that a lawsuit has been filed as above referenced; the relief asked is stated in the attached Motion.

**The Motion will be considered admitted by you and judgment by default may be entered against you for the relief asked in the Motion unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:**

**A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure;**
**B. It must be filed in the Court Clerk's office within** sixty (60) **days from the day you were served with this Summons.**

If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

Additional notices: **Response to Motion for Order Authorizing Payment of Tuition and Expenses; and Interpleader.**

WITNESS my hand and seal of this Court this ________ day of ~~September~~, 2010.

ADDRESS OF CLERK'S OFFICE
Pulaski County Courthouse
120 Courthouse
401 W. Markham St.
Little Rock, AR 72201

PAT O'BRIEN, Pulaski Circuit Clerk

By: ______________________________

SEAL OF THE CIRCUIT COURT, COUNTY, ARKANSAS

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION
THIRD DIVISION

FILED 09/28/10 14:28:46
Pat O'Brien Pulaski Circuit Clerk
CR2

MEGYN ELIZABETH BELL,
Beneficiary of the Megyn Elizabeth Bell Trust,
An Arkansas Irrevocable Trust

PLAINTIFF

VS. NO. CV-09-5995 - III

WILLIS D. "TRIPPER" CRONKHITE, III,
Trustee of the Megyn Elizabeth Bell Trust,
An Arkansas Irrevocable Trust

DEFENDANT

## INTERPLEADER

Comes now before the Court Willis D. "Tripper" Cronkhite, III, Trustee of the Megyn Elizabeth Bell Trust, an Arkansas Irrevocable Trust, and states as follows:

1. That as Trustee he has in his possession the sum of $50,000 which he contends belongs to the trust and should be distributed to the beneficiary.

2. On December 12, 2002, the Trustee was served with the Notice of Levy which is attached as Exhibit A to this document. That levy purports to levy any assets in the hands of the Trustee belonging to Melvyn Bell or The Entertainment & Leisure Group. The $50,000 in the trust came from The Entertainment & Leisure Group of which Melvyn Bell, deceased, the settlor of the trust and the father of the beneficiary, was the controlling person.

3. The Trustee believes that the need for the trust is passed and that the trust should be dissolved, the assets of the trust paid to whomever the trust directs, or those assets which may be subject to the tax levy in favor of the

United States should be paid to the United States. Further, the Trustee prays for an order dissolving the trust, directing him to transfer any other assets of the trust to the beneficiary, Megyn Bell, for his attorney's fees for his services and such other relief to which the trust may be entitled.

WHEREFORE, premises considered, the Trustee herewith pays into the registry of the Court the sum of $50,000 representing the entire balance of all liquid assets in the hands of the Trustee belonging to the trust. The Trustee is also having summons issued to the United States of America through its U. S. Attorney for the Eastern District of Arkansas and the Attorney General of the United States pursuant to 28 USC 2410 and Rule 4(d)(6) of the Arkansas Rules of Civil Procedure. The Trustee prays that an Order be entered directing the funds interplead to be paid to the party entitled to those funds and that he be relieved of all further responsibility for the funds and for his attorney's fees and expenses.

THOMAS, HICKEY & SHEPHERD, L.L.P.
423 North Washington
El Dorado, AR 71730
Ph: 870-862-3478
Fax: 870-862-7228
Email: floyd@eldolaw.com

BY: [signature]
Floyd M. Thomas, Jr. (AR Bar #74146)
Attorney for Defendant

11/10/2010 14:06 FAX 2025146770 TAX/CENTRAL 006/011

09/28/2010 16:41 15013408420 PULASKI COUNTY PAGE 06/06
SEP-28-2010 TUE 02:11 PM Thomas Hickey & Shepherd FAX NO. 18708827228 P. 07

**CERTIFICATE OF SERVICE**

I, Floyd M. Thomas, Jr., do hereby certify that a copy of the foregoing Interpleader has been mailed to the following attorney of record on this 28th day of September, 2010:

James E. Smith, Jr.
SMITH AKINS, P.A.
400 W. Capitol Ave., Suite 1700
Little Rock, AR 72201

Floyd M. Thomas, Jr.

Pg. 3 of Interpleader

RECEIVED
2010 OCT 12 A 9:04
UNITED STATES ATTORNEY LITTLE ROCK, AR

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**THIRD DIVISION**

**MEGYN ELIZABETH BELL**
**Beneficiary of the Megyn Elizabeth Bell Trust, an Arkansas Irrevocable Trust** **PLAINTIFF**

**V.** **CASE NO. CV-09-5995**

**WILLIS D. "TRIPPER" CRONKHITE, III**
**Trustee of Megyn Elizabeth Bell Trust, an Arkansas Irrevocable Trust** **DEFENDANT**

FILED 09/14/10 13:40:57
Pat O'Brien Pulaski Circuit Clerk
CR2

**MOTION FOR ORDER AUTHORIZING PAYMENT OF TUITION AND EXPENSES**

Megyn Elizabeth Bell ("Ms. Bell"), beneficiary of the Megyn Elizabeth Bell Trust, an Arkansas Irrevocable Trust ("the Trust"), for her Motion states:

1. That she is the beneficiary of the Trust which was formed.

2. That Willis D. "Tripper" Cronkhite is the duly appointed and qualified Trustee ("the Trustee").

3. That she has achieved the age of majority and completed her undergraduate education.

4. That she has been accepted for graduate school in Los Angeles and is scheduled to begin classes soon.

5. That she needs money for tuition, apartment deposit and travel to Los Angeles, California.

6. That the Trust provides that the Trustee from time to time may advance the costs of Ms. Bell's education.

7. That there is currently pending a Complaint to dissolve the Trust, filed by Ms. Bell against the Trustee as Trustee of the Trust.

8. There are sufficient funds in the estate to fill the tuition costs which Ms. Bell will incur for her graduate school work, estimated at $38,000.00 exclusive of travel, room and board.

9. That these fees and costs are currently needed by Ms. Bell so that she may start the fall semester.

WHEREFORE, Ms. Bell prays that the Court enter an order directing an immediate advance of the requested funds to Ms. Bell.

Respectfully Submitted,
Megyn Elizabeth Bell

By: ___________________

James E. Smith, Jr. (77128)
SMITH AKINS, P.A.
400 W. Capitol Ave., Ste 1700
Little Rock, AR 72201
501.537.5111
jsmith@smithakins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Complaint was sent via U.S. Mail on this 14 day of September, 2010 to the following:

Mr. Willis D. Cronkhite, III
6616 Kavanaugh Place
Little Rock, AR 72207

___________________
James E. Smith, Jr.

RECEIVED
2010 OCT 12 A 9:04

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION
THIRD DIVISION

MEGYN ELIZABETH BELL,
Beneficiary of the Megyn Elizabeth Bell Trust,
An Arkansas Irrevocable Trust

PLAINTIFF

VS. NO. CV-08-5995 - III

FILED 09/28/10 14:28:39
Pat O'Brien Pulaski Circuit Clerk
CR2

WILLIS D. "TRIPPER" CRONKHITE, III,
Trustee of the Megyn Elizabeth Bell Trust,
An Arkansas Irrevocable Trust

DEFENDANT

---

**RESPONSE TO MOTION FOR ORDER AUTHORIZING PAYMENT OF TUITION AND EXPENSES**

---

1. Comes now Willis D. "Tripper" Cronkhite, III, Trustee of the Megan Elizabeth Bell Trust, and agrees to all of the allegations in paragraphs 1 thru 9 of the Motion.

2. The Trustee would like to pay the sums in the trust to the beneficiary, but the Trustee has been served with a tax levy against the settlor, a copy of which is attached as Exhibit "A". The Trustee is concerned that the $50,000 in liquid assets which are in the Trustee's account may be subject to the claims of the federal government against the settlor, now deceased, and that if the Trustee delivers any property to the beneficiary that he may be personally liable to the government of the United States if he delivers any assets of the trust to the beneficiary.

3. The Trustee will pay the liquid assets in its possession into the registry of this Court and to notify the United States Government through its U. S.

11/10/2010 14:07 FAX 2025146770 TAX/CENTRAL 010/011
09/28/2010 16:41 15013400420 PULASKI COUNTY PAGE 02/06
SEP-28-2010 TUE 02:10 PM Thomas Hickey & Shepherd FAX NO. 18708627228 P. 03

Attorney for the Western District of Arkansas and the Attorney General of the United States of his actions. The United States has consented to be sued in interpleader actions pursuant to 28 USC 2410.

WHEREFORE, the Trustee prays for an Order distributing the $50,000 cash in the trust to the appropriate parties and releasing the Trustee from any further liability or responsibility for the same and for his attorney's fees and expenses for taking these actions.

THOMAS, HICKEY & SHEPHERD, L.L.P.
423 North Washington
El Dorado, AR 71730
Ph: 870-862-3478
Fax: 870-862-7228
Email: floyd@eldolaw.com

BY: [signature]
Floyd M. Thomas, Jr. (AR Bar #74145)
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, Floyd M. Thomas, Jr., do hereby certify that a copy of the foregoing Response has been mailed to the following attorney of record on this 28th day of September, 2010:

James E. Smith, Jr.
SMITH AKINS, P.A.
400 W. Capitol Ave., Suite 1700
Little Rock, AR 72201

[signature]
Floyd M. Thomas, Jr.

Pg. 2 of Response to Motion for Order Authorizing Payment of Tuition and Expenses

09/28/2010 16:41 15013400[illegible] PULASKI COUNTY PAGE 05/06
SEP-28-2010 TUE 02:10 PM Thomas Hickey & Shepherd FAX NO. 18708627228 P. 04

Form 668-A(c) (DO) (Rev. Sept. 1997) | Department of the Treasury — Internal Revenue Service

# Notice of Levy

DATE: 12/12/2002 DISTRICT: SB/SE Area 8

REPLY TO:
Internal Revenue Service
Lance [illegible], Revenue Officer
700 W Capitol [illegible] 7723
Little Rock, AR 72201
Phone: (501) 324-5396 x230

TELEPHONE NUMBER OF IRS OFFICE:
(501) 324-5396 x230

TO: Cronkhite Law Firm
2024 Arkansas Valley Dr.
Little Rock, AR

NAME AND ADDRESS OF TAXPAYER:
Melvyn Bell
The Entertainment & Leisure Co
as Nominee/Alter-ego of
Melvyn Bell
P.O. Box 26326
Little Rock, AR 72221

IDENTIFYING NUMBER(S):
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N

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1985 | $ 893,765.99 | $ 417,185.65 | $ 1,310,951.64 |
| 1040 | 12/31/1986 | 377,500.48 | 176,218.47 | 553,718.95 |
| 1040 | 12/31/1988 | 723,942.99 | 337,387.42 | 1,061,330.41 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. →

Total Amount Due ▶ $ 2,926,001.00

We figured the interest and late payment penalty to 9/05/2002

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Don't offset any other money, property, credits, etc. that you have or are already obligated to pay the [illegible] you would have paid if this person asked for payment.

[illegible] a reasonable effort to identify all [illegible] property belonging to this person. At a minimum, search [illegible] records using the taxpayer's name, address, [illegible] number(s) shown on this form. Don't offset money this [illegible] above [illegible] institutions. You may not subtract [illegible]

Make your check or money order payable to Internal Revenue Service. [illegible]

Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub). [illegible]

Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.

Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in th[illegible]

EXHIBIT "A"