UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MEGYN ELIZABETH BELL**                                  **PLAINTIFF**

v.                   **CASE NO. 4:10CV01641 BSM**

**WILLIS D. "TRIPPER" CRONKHITE, III,**
as Trustee of the Megyn Elizabeth Bell Trust, and
**UNITED STATES OF AMERICA**                      **DEFENDANTS**

## ORDER

Plaintiff Megyn Elizabeth Bell moves for a stay of these proceedings pending a decision by a state court in related litigation. [Doc. No. 14]. Separate defendants United States of America and Willis D. "Tripper" Cronkhite, III have responded. [Doc. Nos. 17, 19]. Although the parties do not agree as to the appropriate scope of a stay or whether it is even entirely necessary, they do agree that a temporary stay would be acceptable. Accordingly, Bell's motion is granted in part, and this case shall be temporarily stayed until further notice.

IT IS SO ORDERED this 7th day of January, 2011.

                                                          */s/ Brian S. Miller*
                                                     UNITED STATES DISTRICT JUDGE