## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**MEGYN ELIZABETH BELL**                                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:10CV01641 BSM (Lead Case)**

**UNITED STATES OF AMERICA, and**
**WILLIS D. "TRIPPER" CRONKHITE, III,**
**as Trustee of the Megyn Elizabeth Bell Trust**                          **DEFENDANTS**


**CONSOLIDATED WITH:**


**MEGYN ELIZABETH BELL**                                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:11CV00063 DPM (Consolidated Case)**

**UNITED STATES OF AMERICA, and**
**WILLIS D. "TRIPPER" CRONKHITE, III,**
**as Trustee of the Megyn Elizabeth Bell Trust**                          **DEFENDANTS**

### ORDER CONSOLIDATING CASES

The motion of defendant United States of America to consolidate the above-styled

cases [Doc. No. 7] is granted.

Cases may be consolidated if they involve a common question of law or fact, taking

into consideration judicial economy and the convenience to the litigants. *See* Fed. R. Civ. P.

42(a); *Johnson v. Manhattan Ry.*, 289 U.S. 479, 496 (1933). These cases clearly involve

common questions of law and fact and the interests of consistency and judicial economy

militate in favor of consolidation. Although the actions are differently postured—the lead

case is a trust accounting action, while the former seeks dissolution of that trust—once they are consolidated the parties' substantive rights will remain intact.

Accordingly, pursuant to General Order No. 39(c), the consolidated cases will be assigned to the undersigned, and a new scheduling order will be issued. All further pleadings shall be styled as noted above, but filed only in the lead case, 4:10CV01641 BSM.

IT IS SO ORDERED THIS 16th day of February, 2011.


_____
UNITED STATES DISTRICT JUDGE