IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MEGYN ELIZABETH BELL**                                                 **PLAINTIFF**

v.           **CASE NO. 4:10CV01641 BSM (Lead Case)**
                **CASE NO. 4:11CV00063 BSM (Consolidated Case)**

**UNITED STATES OF AMERICA, and**
**WILLIS D. "TRIPPER" CRONKHITE, III,**
**as Trustee of the Megyn Elizabeth Bell Trust**           **DEFENDANTS**

## ORDER

       Plaintiff Megyn Elizabeth Bell's renewed motion for judgment on the pleadings [Doc. No. 49] is granted. It is further ordered that the settlement agreement is approved, the United States' cross-claim is dismissed, and the lead case, no. 4:10CV01641, is hereby remanded to the Pulaski County Circuit Court for further proceedings. The clerk's office is directed to transfer the funds held in the registry to the Pulaski County Circuit Court, to be held pending resolution of case no. 4:10CV01641. An appropriate judgment will issue in the consolidated case.

       Dated this 21st day of August 2012.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE