# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE A149
### LITTLE ROCK, ARKANSAS  72201

**JAMES W. McCORMACK**                                                                                  (501)604-5351
    **CLERK**

August 21, 2012

*Via Certified Mail:*   7009 2250 0003 1979 4659

Clerk of Court
Pulaski County Circuit Court
401 West Markham Street
Little Rock, AR 72201

Re:   USDC Eastern District of Arkansas Case Number: 4:10-cv-01641-BSM
        Bell v. USA et al

Dear Clerk:

Attached is a certified copy an Order dated August 21, 2012 signed by Judge Brian S. Miller that transfers the above-styled matter to the Pulaski County Circuit Court.  Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter.

If you have an questions regarding this matter, please call me at 501-604-5358.

Sincerely,

JAMES W. McCORMACK, CLERK

By          /s/ Hunter Harrison
      Deputy Clerk

Enclosures